Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dpk@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ROSALINDA FERNANDEZ, | ) | Case No.  SACV10-01787-AG (RZx) |
| | ) | |
| Plaintiff, | ) | DEFENDANT, NCO FINANCIAL |
| | ) | SYSTEMS, INC.'S RULE 7.1 (a) |
| vs. | ) | CORPORATE DISCLOSURE |
| | ) | STATEMENT |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW INTO COURT, through undersigned counsel, comes Defendant, NCO Financial Systems, Inc. ("NCO"), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies

any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a privately held corporation incorporated in Delaware. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Dated: December 30, 2010         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                 */s/ Sondra R. Levine*
                                 _____
                                 Sondra R. Levine
                                 Attorneys for Defendant NCO Financial Systems, Inc.