Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROSALINDA FERNANDEZ, | Case No.  8:10-cv-01787-AG (RZx) |
| Plaintiff, | JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC. | |
| Defendant. | |

    Defendant NCO Financial Systems, Inc., and Plaintiff Rosalinda Fernandez, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

/ / /

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.

Respectfully submitted,

Dated: August 3, 2011           SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: August 3, 2011           KROHN & MOSS, LTD


*/s/Mahadhi Corzano*
Mahadhi Corzano
Attorney for Plaintiff
Rosalinda Fernandez