JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ROSALINDA FERNANDEZ, | ) | Case No. 8:10-cv-01787-AG (RZx) |
| Plaintiff, | ) ) | ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | ) ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) ) | |
| Defendant. | ) ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 4, 2011

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE